# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2271 Disciplinary Docket No. 3 |
| | : |
| KRISTAN LIZABETH PETERS A/K/A | : Board File No. C1-16-310 |
| KRISTAN PETERS A/K/A KRISTAN | : |
| PETERS-HAMLIN | : (United States District Court for the |
| | : Southern District of New York M-2-238) |
| | : |
| | : Attorney Registration No. 50741 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2016, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of a suspension comparable to that imposed in the United States District Court for the Southern District of New York, Kristan Lizabeth Peters is suspended from the practice of law in this Commonwealth for a period of five years, and she shall comply with all the provisions of Pa.R.D.E. 217.